# United States District Court
# For The Western District of North Carolina
# Asheville Division

Russell L. McLean IV,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        1:12cv296

Federal National Mortgage Assn., et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/27/2012 Order.

                                                Signed: September 27, 2012

*(signature)*

Frank G. Johns, Clerk
United States District Court