**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:12cv296**

| | |
|---|---|
| **RUSSELL L. McLEAN, IV,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| ) | |
| **FEDERAL NATIONAL** ) | |
| **MORTGAGE ASSOCIATION,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Temporary Restraining Order [Doc. 6], filed on September 27, 2012.

By an Order entered September 27, 2012, the Court granted the Plaintiff's application to proceed *in forma pauperis* but dismissed the Plaintiff's Complaint for lack of subject matter jurisdiction pursuant to the Rooker-Feldman doctrine. [See Doc. 4]. For the reasons stated in the Court's prior Order, the Plaintiff's Motion for Temporary Restraining Order is also denied.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Temporary Restraining Order [Doc. 6] is **DENIED**.

**IT IS SO ORDERED.**

Signed: October 1, 2012

Martin Reidinger
United States District Judge